**Order entered October 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01143-CV

## CLINTON ADAMS, Appellant

## V.

## CITY OF DALLAS, TEXAS, Appellee

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-00321-B**

## ORDER

We **DENY** appellee's October 7, 2014 motion to dismiss for failure to comply.


/s/    ADA BROWN
       JUSTICE